# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **CINCY SHOP AND EMBROIDERY, D/B/A HATS N' MORE,** | : | CASE NO. 1:18-cv-00166 |
| | : | |
| | : | JUDGE SUSAN J. DLOTT |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **GENESCO, INC., *ET AL.*** | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendants. | : | |

Please take notice that Beth A. Bryan of Taft Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202, hereby respectfully submits notice of her appearance as counsel on behalf of Defendant GGP, Inc. in the above-referenced matter.

        Respectfully submitted,

        /s Beth A. Bryan
        Beth A. Bryan (0082076)
        TAFT STETTINIUS & HOLLISTER LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio  45202-3957
        Phone: (513) 381-2838
        Fax: (513) 381-0205
        bryan@taftlaw.com

        *Counsel for Defendant GGP, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I certify that on March 8, 2018, I electronically filed the foregoing Notice of Appearance using the CM/ECF System which will send notification of such filing to counsel of record.

      /s Beth A. Bryan
      Counsel for Defendant GGP, Inc.

2

2789774.1