UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CINCY SHOP AND EMBROIDERY, D/B/A HATS N' MORE** | : | **CASE NO.1:18-cv-00166** |
| | : | **Judge Susan J. Dlott** |
| | : | **Magistrate Judge Stephanie K. Bowman** |
| **Plaintiff** | : | |
| | | **PLAINTIFF/MOVANT CINCY SHOP'S NOTICE OF DISMISSAL OF VERIFIED COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY AND PERMANENT INJUNCTION AND MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE** |
| v. | | |
| **GENESCO, INC., ET AL.** | : | |
| **Defendants.** | | |

Comes now Movant/Plaintiff, by his undersigned counsel, and hereby dismisses its previously-filed Verified Complaint for Temporary Restraining Order and Temporary and Permanent Injunction and Motion for Temporary Restraining Order in the above-captioned case without prejudice.

Respectfully submitted,

/s/ Donald B. Hordes
Donald B. Hordes (0014212)
Ritter & Randolph, LLC
1 E. Fourth Street, Suite 700
Cincinnati, OH  45202
Tel: (513) 381-5700
Fax: (513) 381-0014
dhordes@ritter-randolph.com
*Attorney for Plaintiff Cincy Shop and Embroidery, d/b/a Hats n' More*

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the *Notice of Dismissal of Verified Complaint for Temporary Restraining Order and Temporary and Permanent Injunction and Motion for Temporary Restraining Order without Prejudice* has been served by via electronic mail this 28th day of March 2018, on the following:

George Musekamp, Esq.
Heather Hawkins, Esq.
Thompson Hine LLP
312 Walnut St. Suite 1400
Cincinnati, OH 45202
George.Musekamp@ThompsonHine.com
Heather.Hawkins@ThompsonHine.com
*Counsel for Defendants Genesco, Inc.,
Hat World, Inc., LIDS Locker Room
D/B/A Locker Room by LIDS and LIDS*

Jeanne M. Cors, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
cors@taftlaw.com
*Counsel for Defendants GGP, INC.,
and Kenwood Mall, LLC*

Michael K. Robertson, Esq.
James D. Abrams, Esq.
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, OH 43215-4213
mrobertson@taftlaw.com
jabrams@taftlaw.com
*Counsel for Defendants GGP, INC.,
and Kenwood Mall, LLC*

                                      /s/ Donald B. Hordes
                                      Donald B. Hordes (0014212)
                                      *Counsel for Plaintiff Cincy Shop and
                                      Embroidery, d/b/a Hats n' More*